AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America <br> v. <br> Kah·lil Kiree Lamonta Wade <br> _Defendant_ | Case No. 2:23-mj-257 |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 07/10/2023

_Defendant's signature_

_Signature of defendant's attorney_

Laura Byrum (43150)
_Printed name and bar number of defendant's attorney_

10 W. Broad St., Ste. 1020
Columbus, OH 43215
_Address of defendant's attorney_

laura_byrum@fd.org
_E-mail address of defendant's attorney_

614-469-2999
_Telephone number of defendant's attorney_

614-469-5999
_FAX number of defendant's attorney_