AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America <br> v. <br> Kah'Lil Kiree Lamonte Wade <br> 4460 Keeler Drive, Columbus, Ohio 43227 <br> *Defendant* | Case No. 2:23-mj-257 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Kah'Lil Kiree Lamonte Wade,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

- 18 U.S.C. § 922(g)(1) - Unlawful possession of a firearm or ammunition by a prohibited person.

- 21 U.S.C. § 843(a)(6) - Unlawful for any person knowingly or intentionally to possess any three-neck round-bottom flask, tableting machine, encapsulating machine, or gelatin capsule, or any equipment, chemical, product, or material which may be used to manufacture a controlled substance or listed chemical.

Date: 04/14/2023

Kimberly A. Jolson
United States Magistrate Judge

City and state: Columbus, Ohio

### Return

This warrant was received on *(date)* 04/14/2023, and the person was arrested on *(date)* 07/10/2023
at *(city and state)* Columbus, OH.

Date: 07/10/2023

*Arresting officer's signature*

Justin Myers, Special Agent
*Printed name and title*