# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | CASE NO. 2:23-mj-257 |
| V. | |
| Kah'Lil Kiree Lamonte Wade, | MAGISTRATE JUDGE JOLSON |
| Defendant. | |

## NOTICE OF APPEARANCE

Elena V. Tuhy-Walters, Special Assistant United States Attorney, hereby gives notice to the Court and to the Defendant that she is entering an appearance as co-counsel for the United States in the above captioned case, SAUSA Tuhy-Walters requests that copies of all papers filed in this action be served upon her at the following address:

> 303 Marconi Boulevard, Suite 200
> Columbus, Ohio 43215
> (614) 469-5715
> Fax: (614) 469-5653
> Elena.Tuhy-Walters@usdoj.gov

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

*s/Elena V. Tuhy-Walters*
Elena V. Tuhy-Walters (0065443)
Special Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
Elena.Tuhy-Walters@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Notice of Appearance was served electronically via CM/ECF to all parties of record this 17th day of July 2023.

                                            *s/Elena V. Tuhy-Walters*
                                            Elena V. Tuhy-Walters (0065443)
                                            Special Assistant United States Attorney