Case: 2:23-mj-00257-KAJ Doc #: 2 Filed: 04/14/23 Page: 1 of 2  PAGEID #: 9

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

2023 JUL 12 PM 1:36

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Kah'Lil Kiree Lamonte Wade | ) | Case No.  2:23-mj-257 |
| 4460 Keeler Drive, Columbus, Ohio 43227 | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Kah'Lil Kiree Lamonte Wade

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

- 18 U.S.C. § 922(g)(1) - Unlawful possession of a firearm or ammunition by a prohibited person.

- 21 U.S.C. § 843(a)(6) - Unlawful for any person knowingly or intentionally to possess any three-neck round-bottom flask, tableting machine, encapsulating machine, or gelatin capsule, or any equipment, chemical, product, or material which may be used to manufacture a controlled substance or listed chemical.

Date:   04/14/2023

Kimberly A. Jolson
United States Magistrate Judge

City and state:   Columbus, Ohio

| Return |
|---|
| This warrant was received on *(date)* 04/14/2023 , and the person was arrested on *(date)* 07/10/2023 at *(city and state)* Columbus, OH |
| Date: 07/10/2023 |
| *Arresting officer's signature* |
| Justin Myers, Special Agent |
| *Printed name and title* |